IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-10110
Summary Calendar
_____


ROZELL WILLIAMS,

Petitioner-Appellant,


versus


GARY L. JOHNSON, Director,
Texas Department of Criminal
Justice, Institutional Division,

Respondent-Appellee.

_____

Appeal from the United States District Court for the
Northern District of Texas
USDC No. 4:95-CV-311-A
_____

December 3, 1996
Before GARWOOD, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]


We have considered the claims of the petitioner-appellant.

Our review of the record and the papers before us make it clear

that the district court did not err in concluding that Williams has

failed to demonstrate that his plea of guilty was involuntary.

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Furthermore, none of the allegations relating to his counsel ultimately demonstrate deficiency and, thus, Williams has failed to to raise a cognizable constitutional claim of ineffective counsel. Finally, Williams's argument that he was denied due process because the state failed to provide favorable evidence consisting of the results of the blood test, the polygraph test, and the firearm's test is not properly before this court, because it was not raised in the court below.  In any event, this claim presents no basis upon which to grant habeas relief to Williams.

Accordingly, the judgment of the district court dismissing Williams's complaint is

A F F I R M E D.[1]

---

[1]Williams's motions for an investigator, for exhibits, etc., and of objection to transcripts, etc., are DENIED.